**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BANK OF AMERICA,

        Plaintiff,

vs.

SOLERA AT STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION, *et al.*,

        Defendants.

2:16-cv-02339-JCM-VCF

**ORDER**

    Before the Court is a stipulation to stay litigation (ECF No. 40) pending resolution of petition(s) for *writ of certiorari* to the United States Supreme Court Docket No. 12. The Court is aware of those proceedings. The United States District Judge assigned to this case is continuing to process this type of case. Accordingly, the stipulation to stay litigation (ECF No. 40) is DENIED.

    DATED this 23rd day of March, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE