1

D**IANA** C**LINE** E**BRON**, E**SQ.**
Nevada Bar No. 10580
2   E-mail: diana@KGElegal.com
J**ACQUELINE** A. G**ILBERT**, E**SQ.**
3   Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
4   K**AREN** L. H**ANKS**, E**SQ.**
Nevada Bar No. 9578
5   E-mail: karen@KGElegal.com
KIM GILBERT EBRON
6   7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
7   Telephone: (702) 485-3300
Facsimile: (702) 485-3301
8   *Attorneys for SFR Investments Pool 1, LLC*

9

# UNITED STATES DISTRICT COURT

10

## DISTRICT OF NEVADA

11

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-02339-JCM-VCF |
| Plaintiff, | **ORDER GRANTING MOTION TO SERVE PAUL O. PARTON BY PUBLICATION (ECF No. 34)** |
| vs. | |
| SOLERA at STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., | **-and-** |
| Defendants. | **ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM (ECF No. 35)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross Claimant, | |
| vs. | |
| BANK OF AMERICA, N.A.; PAUL O. PARTON, an individual; CORNELIA A. PARTON, an individual, | |
| Counter/Cross Defendants. | |

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, PAUL O. PARTON ("Parton") has been issued [ECF No. 20]; that Cross-Defendant, Parton is a necessary party; and that Cross-Defendant Parton cannot be found to be personally served in the State of Nevada, and

- 1 -

good cause appearing therefore,

IT IS HEREBY ORDERED that since the Cross-Defendant, PAUL O. PARTON, cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation, a newspaper of general circulation in Denton County, Texas and a newspaper of general circulation in Love County, Oklahoma, pursuant to FRCP 4(e)(1) and NRCP 4(e)(1),

IT IS FURTHER ORDERED that a copy of the Summons and Answer, Counterclaim, and Cross-Claim shall be mailed forthwith to Cross-Defendant Parton, first class mail, postage prepaid, addressed to the Cross-Defendant's last known address.

IT IS FURTHER ORDERED that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

Dated this 7th day of April, 2017.

UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301