UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                       Plaintiff,<br>v.<br><br>SOLERA AT STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION, et al.,<br><br>                       Defendants. | Case No. 2:16-cv-02339-JCM-PAL<br><br>ORDER<br><br>(Mot Ext DPSO – ECF No. 51)<br>(Mot Prot Ord – ECF No. 53)<br>(Mot for OST – ECF No. 54) |

Before the court is Plaintiff's Motion to Extend Discovery and Dispositive Motion Deadlines (ECF No. 51) and Declaration (ECF No. 52), Motion for Protective Order (ECF No. 53), and Motion for Order Shortening Time (ECF No. 54). Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. Plaintiff's Motion for Order Shortening Time (ECF No. 54) is **DENIED.**
2. A hearing on Plaintiff's Motion to Extend (ECF No. 51) and Motion for Protective Order (ECF No. 53) is set for **August 8, 2017, at 1:45 p.m., in Courtroom 3B.**
3. A temporary protective order is entered precluding the Rule 30(b)(6) deposition at issue from going forward as currently noticed on July 10, 2017, pending a decision on the merits.

DATED this 30th day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1