Diana Cline Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SOLERA at STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; PAUL O. PARTON, an individual; CORNELIA A. PARTON, an individual, <br> Counter/Cross Defendant. | Case No. 2:16-cv-02339-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO RESPOND TO BANK OF AMERICA, N.A.'S MOTION FOR PROTECTIVE ORDER [ECF No. 53]** <br><br> **(First Request)** |

Defendant SFR INVESTMENTS POOL 1, LLC ("SFR") and plaintiff BANK OF AMERICA, N.A., ("BANA") hereby stipulate that SFR shall have until Thursday, July 13, 2017 to respond to BANA's motion for protective order, ECF No. 53. SFR requires additional time to evaluate the motion and prepare its response from the original deadline of Tuesday, July 11, 2017.

///

- 1 -

This request for extension is made in good faith and not for purposes of delay or prejudice to any party.

| Dated this 11th day of July, 2017. | Dated this 11th day of July, 2017. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN, LLP** |
| /s/ *Diana Cline Ebron* <br> DIANA CLINE EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> 7625 Dean Martin Dr., Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* | /s/ *Darren T. Brenner* <br> DARREN BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV 89144 <br> *Attorneys for Plaintiff Bank of America, N.A.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2017

- 2 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July 2017, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO RESPOND TO BANK OF AMERICA, N.A.'S MOTION FOR PROTECTIVE ORDER [ECF No. 53]** to the following parties:

Ariel E. Stern
William Shane Habdas
Tenesa S. Scaturro
Brett M. Coombs
Akerman LLP
1600 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com
Email: tenesa.scaturro@akerman.com
Email: brett.coombs@akerman.com

*Counsel for BANK OF AMERICA, N.A.*

David T. Ochoa
Kaleb D. Anderson
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
702-382-1500
Fax: 702-382-1512
Email: dochoa@lipsonneilson.com
Email: kanderson@lipsonneilson.com

*Attorneys for Solara at Stallion Mountain Unit Owners' Association*

                                                  */s/ Diana Cline Ebron*
                                                  An employee of KIM GILBERT EBRON