ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>Plaintiff,<br>vs.<br><br>SOLERA AT STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><br>Counter/Cross-Claimant,<br>V.<br>BANK OF AMERICA, N.A.; PAUL O. PARTON, AN INDIVIDUAL; CORNELIA A. PARTON, AN INDIVIDUAL,<br><br>Counter-Defendant. | Case No.: 2:16-cv-02339-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO:**<br><br>**FILE RESPONSE TO BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT (ECF No. 68)**<br><br>**FILE RESPONSE TO SFR'S MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 69 and 70)**<br><br>**FILE RESPONSE TO SOLERA'S MOTION FOR SUMMARY JUDGMENT (ECF No. 71)**<br><br>**(FIRST REQUEST)** |

Bank of America, N.A., (**BANA**), Solera at Stallion Mountain Unit Owners' Association (**Solera**) and SFR Investments Pool 1, LLC (**SFR**) stipulate and agree to extend the parties' deadlines to file responses to the parties' motions for summary judgment which were all filed on October 9, 2017, as set forth below:

1) BANA's Response to SFR's Motion for Partial Summary Judgment (ECF No. 69) shall be extended by two weeks, from October 30, 2017 to November 13, 2017.

2) BANA's response to SFR's Motion for Summary Judgment (ECF No. 70) shall be extended by two weeks, from October 30, 2017 to November 13, 2017.

3) BANA's response to Solera's Motion for Summary Judgment (ECF No. 71) shall be extended by two weeks, from October 30, 2017 to November 13, 2017.

4) SFR and Solera's response to BANA's Motion for Summary Judgment (ECF No. 68) shall be extended by two weeks, from October 30, 2017 to November 13, 2017.

…

The parties request these extensions to be able to have sufficient time to prepare responses due to the numerous filings in this matter that must be addressed. No previous extensions have been requested. This stipulation is made in good faith and not for the purpose of delay.

DATED this 27th day of October, 2017

| AKERMAN LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
|---|---|
| */s/ Jamie K. Combs, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Plaintiff Bank of America, N.A.* | */s/ David T. Ochoa, Esq.* <br> DAVID T. OCHOA, ESQ. <br> Nevada Bar No. 10414 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, NV 89144 <br><br> *Attorney for Solera at Stallion Mountain Unit Owners' Association* |

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron, Esq.*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 100
Las Vegas, Nevada 89139

*Attorney for SFR Investments Pool 1, LLC*

### ORDER

**IT IS SO ORDERED.**

*[signature]*

UNITED STATES DISTRICT JUDGE

October 31, 2017

**DATED**