ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>SOLERA AT STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>    Defendants. | Case No.: 2:16-cv-02339-JCM-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO SOLERA AT STALLION MOUNTAIN UNIT OWNERS' ASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter/cross-claimant,<br><br>v.<br><br>BANK OF AMERICA, N.A.; PAUL O. PARTON, an individual; CORNELIA A. PARTON, an individual,<br><br>    Counter-Defendant. | |

PLEASE TAKE NOTE that Bank of America, N.A. (**BANA**) and Solera at Stallion Mountain Unit Owners' Association (**Solera**), by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

52516367;1

accordance with Fed. R. Civ. P. 41(a)(2) as to, and only as to, BANA's claims against Solera. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 27th day of March, 2020.

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| /s/  Jamie K. Combs<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/  David T. Ochoa<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>DAVID T. OCHOA, ESQ.<br>Nevada Bar No. 10414<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Solera at Stallion Mountain Unit Owners' Association* |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT COURT JUDGE**
**DATED:** March 30, 2020

2

52516367;1